# FREEMAN, NOOTER & GINSBERG
### ATTORNEYS AT LAW

| | |
|---|---|
| LOUIS M. FREEMAN<br>THOMAS H. NOOTER<br>LEE A. GINSBERG<br>_____ | 75 MAIDEN LANE<br>SUITE 503<br>NEW YORK, N.Y. 10038<br>_____ |
| NADJIA LIMANI<br>OF COUNSEL<br>_____<br>CHARLENE RAMOS<br>OFFICE MANAGER | ___<br>(212) 608-0808<br>TELECOPIER (212) 962-9696<br>E-MAIL: FNGLAW@AOL.COM<br>WWW.FNGLAW.COM |

April 7, 2020

**BY ECF**  
Honorable Laura Taylor Swain  
United States District Judge  
United States Courthouse  
500 Pearl Street  
New York, NY 10007

**MEMO ENDORSED**

Re: **United States v. Jeremy Estevez**  
**18 CR 319 (LTS)**

Dear Judge Swain:

     We write to request that the sentence of Jeremy Estevez be adjourned from May 27, 2020 to the week of June 22, 2020 due to delays caused by the Coronavirus pandemic. We also specifically request that the Pre-Sentence Report disclosure schedule be re-set due to the current difficulties in conducting pre-sentence interviews at the MDC Brooklyn. We have consulted with U.S. Probation Officer Stephanie McMahon in making this request.

The sentencing is adjourned to June 25, 2020, at 10:00 a.m. and the related deadlines are modified accordingly. DE #220 resolved.

SO ORDERED.  
4/7/2020  
/s/ Laura Taylor Swain

Respectfully Submitted,

/s/ Louis M. Freeman  
Louis M. Freeman

cc: All counsel (by ECF)  
    USPO Stephanie McMahon (by e-mail)