# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

NADJIA LIMANI
OF COUNSEL
CHARLENE RAMOS
OFFICE MANAGER

75 MAIDEN LANE
SUITE 503
NEW YORK, N.Y. 10038

(212) 608-0808
TELECOPIER (212) 962-9696
E-MAIL: FNGLAW@AOL.COM
WWW.FNGLAW.COM

June 18, 2020

Hon. Laura T. Swain
United States District Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

**RE:  United States v. Jeremy Esteves**
**18 CR 319 (LTS)**

Dear Judge Swain:

     With the consent of the government by AUSA Jamie Bagliebter we write on behalf of Jeremy Esteves to request an adjournment of the sentence date scheduled for June 25, 2020 to any day in September 2020 except for September 11 and 28, for covid-19 related reasons.

     Thank you.

The sentencing is adjourned to September 21, 2020, at 11:00 a.m. and the related deadlines are modified accordingly.  DE# 250 resolved.

SO ORDERED.
6/18/2020
/s/ Laura Taylor Swain, USDJ

Sincerely,

/S/ Louis M. Freeman
Louis M. Freeman