# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

———

CHARLENE RAMOS
OFFICE MANAGER

75 MAIDEN LANE
SUITE 503
NEW YORK, N.Y. 10007

(212) 608-0808
TELECOPIER (212) 962-9696

November 5, 2020

**BY ECF**
Honorable Laura T. Swain
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re: **United States v. Fertides (Specifically Jeremy Estevez)**
**18 CR 319 (LTS)**

Dear Judge Swain:

     I write in response to the Court's order directing the attorneys for the defendants in the above case to file budgets with Alan Nelson, Court Budgeting Attorney. After conferring with Mr. Nelson and at his suggestion, I write to inform the court that Jeremy Estevez already pleaded guilty and was sentenced, and that the hours spent representing Mr. Estevez would unlikely be in excess to the presumptive limit for felony CJA cases. Mr. Nelson suggested I write the court to explain the situation described herein to excuse the requirement of filing a budget. Accordingly, I request to be excused from the directive to file a budget.

Respectfully,

/S/ Louis M. Freeman
Louis M. Freeman

The request is granted.  DE# 313 resolved.
SO ORDERED.
11/5/2020
/s/ Laura Taylor Swain, USDJ